UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:  
Keva L. Zeigler

Ch. 7  
No. 13-48536  
Hon. Steven W. Rhodes

Debtor(s).
_____/

TO THE CLERK OF THE COURT

**STATEMENT OF CHANGE OF MAILING ADDRESS OF DEBTOR**

Pursuant to F.R.Bankr.P. 4002(a)(5), the debtor(s) hereby give(s) notice of a change of mailing address.

Debtor('s') address of record:

20255 Weybridge  
Apt. 301  
Clinton Twp., MI 48036

New mailing address for debtor(s):

15468 Stoepel  
Detroit, MI 48238

(I/We) declare under penalty of perjury that the new mailing address listed above is my/our current mailing address.

_Keva L. Zeigler_ (signature)  
Debtor

Date: August 6, 2013

FILED 2013 AUG 12 A 10:25 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

**Debtor's Statement of Change of Mailing Address**  
F.R.Bankr.P. 4002(a)(5)